Derek Davis, Esq. (SBN 243957)
Alan Law, Esq. (SBN 268334)
COOPER & SCULLY, P.C.
505 Sansome Street, Suite 1550
San Francisco, CA  94111
Tel:  (415) 956-9700; Fax: (415) 391-0274
Email: derek.davis@cooperscully.com
Email: alan.law@cooperscully.com

Attorneys for Defendant
LONGS DRUG STORES CALIFORNIA, INC.,
erroneously sued as CVS PHARMACY, INC.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALINA CALNAN,<br><br>            Plaintiffs,<br><br>    vs.<br><br>CVS PHARMACY, INC.   AND DOES 1 TO 50, INCLUSIVE<br><br>           Defendants. | Case No.<br><br>**NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** EASTERN **DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §§ 1332 and 1441(B)**<br><br>Date Action Filed: 12/30/2021<br>Trial Date:     None Set |

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant LONGS DRUG STORES CALIFORNIA, L.L.C., erroneously sued as  CVS PHARMACY, INC., ("Defendant" or "LONGS DRUGS STORES"), and files this Notice of Removal pursuant to 28 U.S.C. §§ 1332 and 1441.

**I.     INTRODUCTION**

1.     Pursuant to 28 U.S.C. §1441, et seq., this civil action is removed from the Superior Court, County of Solano, California, where this matter was pending under Case No. FCS057633, in the matter entitled *Halina Calnan vs. CVS Pharmacy, Inc., et al.*  ("State Court Action").

**II.     NATURE OF SUIT**

2.  This is a premises liability action.  Plaintiff is alleging she was injured in a CVS Pharmacy, Inc. store after tripping and falling over an empty pallet on the sidewalk at the premises of the CVS store causing her to sustain injuries and damages.

**III.  BASIS FOR FEDERAL JURISDICTION**

3.  LONGS DRUG STORES CALIFORNIA, L.L.C., is now and at the time of the filing of this action, is a subsidiary of CVS Pharmacy, Inc., a Rhode Island corporation having its principal place of business in the State of Rhode Island.  The citizenship of an L.L.C. and an Incorporated Company are the same as the citizenship of all its members.  *Johnson v. Columbia Props. Anchorage, LP.*, 437 F.3d 894 (9th Cir. 2006).  *CVS Pharmacy, Inc.* is the sole member of Defendant LONGS DRUG STORES CALIFORNIA, L.L.C., and is a statutory business trust organized under the laws of Rhode Island with it has a principal place of business in Rhode Island.

4.  Plaintiff HALINA CALNAN is now and at the time of the filing of this action, a resident of the City and County of Solano, California.  Accordingly, for diversity purposes, Plaintiff is a citizen of California.  To date, Plaintiff has not identified, served, or joined a Defendant in this case that can defeat diversity jurisdiction.

5.  There is and has been at all times relevant to this Notice of Removal, complete diversity of citizenship between Plaintiff and Defendants.

6.  Plaintiff seeks medical expenses and pain and suffering damages, and mental anguish. See Plaintiffs' Complaint.  See Exhibit A.

7.  Plaintiff filed a Civil Case Cover Sheet.  See Exhibit B.

8.  Initial Case Management Conference and Notice of Assignment.   See Exhibit C.

9.  Proof of Service of Summons and Complaint on CVS Pharmacy, Inc. and Longs Drug Stores, California, L.L.C., Service of Process Transmittal from CT Corporation showing service was completed on March 11, 2022.  See Exhibit D.

10.  Plaintiff filed its Case Management Statement on March 23, 2022.  See Exhibit E.

10.     The current Solano Superior Court Docket as of the date of filing of this Removal See Exhibit F.

11.     Defendant Longs Drug Stores California, L.L.C. filed its Answer to the Complaint on April 8, 2022  is attached as Exhibit G.

12.     This action may be removed to this Court pursuant to 28 U.S.C. §1441(b), because Defendant is not a citizen of California, the state in which the action was brought. This action is removable to this Court and venue is proper because this United States District Court and Division encompasses the place where the state court action was pending. 28 U.S.C. §§ 124(a)(1), 1441(a).

**IV.     TIMELINESS OF REMOVAL**

13.     Plaintiff commenced this lawsuit by filing her complaint on December 30, 2021. Plaintiff seeks damages in excess of $75,000.00.  See Exhibit A.

14.     A notice of removal may be filed within 30 days after receipt by Defendant, through service or otherwise, of a copy of a pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable.   28 U.S.C. §1446(b)(3).

15.     On April 8 2022, Defendant filed this notice of removal.  This removal is timely because it is filed within 30 days after Defendant was served the Complaint. 28 U.S.C. §1446.

16.     Defendant has attached to this Notice of Removal and the documents required by 28 U.S.C. § 1446(a) and Local Rule 81.1 as follows:

        A.     Index of all documents filed in the State Court Action.

        B.     Docket Sheet in the State Court Action.

        C.     Copies of all process, pleadings and orders filed in State Court.

        D.     Defendants are filing with the Notice of Removal a completed Civil Cover Sheet, Supplemental Civil Cover Sheet, and Certificate of Interested Persons.

17. Defendant retains the right to supplement the jurisdictional allegations by affidavit, declaration, or otherwise should Plaintiff challenge the allegations in a motion to remand or other filing.

18. Plaintiff has demanded trial by jury.

19 Defendant has also filed a Notice of Removal to Adverse Parties. See Exhibit H.

21. Trial has not been set in the Superior Court, County of Solano, California.

**V.   CONCLUSION**

22. Since diversity jurisdiction exists over Plaintiff's claim and the case has a value in excess of $75,000, Defendant is entitled to remove the lawsuit filed in the Superior Court, County of Solano, California, to the United States District Court for the Eastern District of California, San Francisco Division.

WHEREFORE, Defendants file this Notice of Removal pursuant to and in conformance with the applicable statutory requirements, and removes this action from the Superior Court, County of Solano, California.

FURTHER, Defendants pray that Plaintiff takes nothing by this suit against Defendant, that Defendant be discharged, and that the Court grant such other and further relief, both general and special, at law and in equity to which Defendant may be justly entitled.

Dated: April  08 , 2022                         COOPER & SCULLY, P.C.

By_____
DEREK DAVIS
ALAN LAW
Attorneys for LONGS DRUG STORES
CALIFORNIA, L.L.C., erroneously sued as
CVS PHARMACY, INC.

1    Derek Davis, Esq. (SBN 243957)
     Alan Law, Esq. (SBN 268334)
2    COOPER & SCULLY, P.C.
     505 Sansome Street, Suite 1550
3    San Francisco, CA  94111
     Tel:  (415) 956-9700; Fax: (415) 391-0274
4    Email: derek.davis@cooperscully.com
     Email: alan.law@cooperscully.com
5
     Attorneys for Defendant
6    CVS PHARMACY, INC.

7

8                      UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10   HALINA CALNAN,                    )   Case No.
                                       )
11              Plaintiffs,            )
                                       )
12          vs.                        )        INDEX TO EXHIBITS
                                       )
13   CVS PHARMACY, INC.   AND DOES 1 TO )
     50, INCLUSIVE                     )   Date Action Filed:  12/30/2021
14                                     )   Trial Date:      None Set
                Defendants.            )
15                                     )
                                       )
16                                     )
                                       )
17

18          **INDEX TO  DOCUMENTS FILED IN STATE COURT**

19   EXHIBITS     DATE          ACTION

20   EXHIBIT A    12/30/2021    Complaint for General Negligence, Premises Liability

21   EXHIBIT B                  Civil Case Cover Sheet

22   EXHIBIT C    01/12/2022    Initial   Case   Management   Conference   and   Notice   of

23                              Assignment

24   EXHIBIT D    03/11/2022    Proof of Service of Summons and Complaint

25   EXHIBIT E    03/23/2022    Plaintiff's Case Management Statement

26   EXHIBIT F    04/08/2022    Defendant Longs Drug Stores California, L.L.C.'s Answer to

27                              Complaint

28
                                       5
     Defendant Longs Drug Stores California, L.L.C.'s Notice of Removal to Federal Court

1 | EXHIBIT G    04/08/2022    Register of Actions

2 | EXHIBIT H    04/08/2022    Notice to Adverse Party of Removal to United States District

3 | Court Eastern District of California

4

5

6

7 | Dated:  April 08, 2022          By: _____

8 | DEREK DAVIS
State Bar Number: 243957
9 | ALAN LAW
State Bar Number : 268334
10 | COOPER & SCULLY, P.C.
505 Sansome Street, Suite 1550
11 | San Francisco, California 94111
Tel: 415-956-9700; Fax: 415-391-0274
12 | Email: derek.davis@cooperscully.com
Email: alan.law@cooperscully.com
13

14 | Attorneys for Defendant LONGS DRUG STORES
CALIFORNIA, L.L.C.,  erroneously sued as CVS
15 | PHARMACY, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

6

1      CERTIFICATE OF SERVICE

2      I hereby certify that on the  8th  day of April, 2022, a true and correct copy this document was

3  served on counsel of record via Eservice as follows:

4  Geoffrey Wm. Steele, Esq.
   Steele Law Group
5  Citrus Plaza, 3021 Citrus Circle; Suite 140
   Walnut Creek, California, 94598-2635
6  Tel: 925-383-3900; Fax: 925-891-3905
   Email: Steele@SteeleLawCA.com
7
   Attorney for Plaintiff
8  HALINA CALNAN

9

10

11                              DEREK DAVIS
                                State Bar Number: 243957
12                              ALAN LAW
                                State Bar Number : 268334
13                              COOPER & SCULLY, P.C.
                                505 Sansome Street, Suite 1550
14                              San Francisco, California 94111
                                Tel: 415-956-9700; Fax: 415-391-0274
15                              Email: derek.davis@cooperscully.com
                                Email: alan.law@cooperscully.com
16
                                Attorneys for LONGS DRUG STORES
17                              CALIFORNIA, L.L.C., erroneously sued as CVS
                                PHARMACY, INC.
18

19

20

21

22

23

24

25

26

27

28
                                        7

PROOF OF SERVICE

*Calnan v. CVS Pharmacy, Inc.., et al.*

I am a citizen of the United States, over the age of 18 years, and not a party to the above-entitled action.  I am employed in the City and County of San Francisco, California, with the law firm of Cooper & Scully, A Professional Corporation ("firm"), located at 505 Sansome Street, Suite 1550, San Francisco, California 94111.  On this date I served the following document(s):

DEFENDANT LONGS DRUG STORES CALIFORNIA, L.L.C.'S NOTICE OF REMOVAL TO FEDERAL COURT

on the party(ies) identified below, in the following manner:

☒　　**By First Class Mail.**  I am familiar with the firm's practice for collecting and processing correspondence for mailing with the United States Postal Service.  In the ordinary course of business, correspondence is deposited with the United States Postal Service on the same day such correspondence is collected.  I placed true and correct copies of the document(s) listed above in sealed envelope(s) addressed as shown below and affixed with first-class postage.  I caused such envelope(s) to be collected for mailing in accordance with the firm's ordinary business practice.

---

Geoffrey Wm. Steele, Esq.
Steele Law Group
Citrus Plaza, 3021 Citrus Circle; Suite 140
Walnut Creek, California, 94598-2635
Tel: 925-383-3900; Fax: 925-891-3905
Email: Steele@SteeleLawCA.com


Attorney for Plaintiff
HALINA CALNAN

---

☒　　**(Federal)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.


Executed April  08, 2022, at San Francisco, California.


_____
Sally Pincus

# EXHIBIT A

1  Geoffrey Wm. Steele, Esq. (SBN 219576)
   Suzanne Foley, Esq. (SBN 213078)
2  STEELE LAW GROUP
   Citrus Plaza
3  3021 Citrus Circle, Suite 140
   Walnut Creek, California, 94598-2635
4  Telephone:    (925) 968-3900
   Facsimile:    (925) 891-3905
5  Email:        Steele@SteeleLawCA.com
                 Suzanne@SteeleLawCA.com
6
   Attorneys for Plaintiff
7  Halina Calnan

**FILED/ENDORSED**
Clerk of the Superior Court

**DEC 30 2021**
**D. HERTZ**
By_____
    **DEPUTY CLERK**

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9         IN AND FOR THE COUNTY OF SOLANO, UNLIMITED JURISDICTION

10

11  HALINA CALNAN,                           Case No: **FCS057633**
                                             Case Filed:
12       Plaintiff,
                                             **COMPLAINT FOR DAMAGES**
13       v.

14  CVS PHARMACY, INC., and DOES 1- 50,      **Jury Trial Demanded**
    INCLUSIVE,
15
         Defendants.
16

17       COMES NOW, Plaintiff HALINA CALNAN, ("PLAINTIFF"), who alleges:

18
                                   I.
19                        GENERAL ALLEGATIONS

20       1.      At all times mentioned herein, CVS PHARMACY, INC., was a corporation,

21  organized to do business under the laws of the State of California, with an entity address in

22  California, and operating one of many stores including the store located at 2100 Columbus

23  Parkway, Benicia, California, 94510 ("PREMISES").

24       2.      PLAINTIFF is ignorant of the true names and capacities of DEFENDANTS sued

25  herein as DOES 1 through 50, inclusive and therefore sues these DEFENDANTS by such

26  fictitious names.  PLAINTIFF will amend this complaint to allege their true names and

27  capacities when ascertained.  PLAINTIFF is informed and believes and thereon alleges that each

28  of the fictitiously named DEFENDANTS is legally responsible in some manner for the

1

                                    **COMPLAINT**

1    occurrences alleged in this complaint, and PLAINTIFF's injuries as alleged were proximately

2    caused by said DEFENDANTS' actions.

3         3.     On or about December 31, 2019, PLAINTIFF visited DEFENDANTS' Premises

4    to shop for groceries.

5         4.     On that date, PLAINTIFF walked down the aisle where beverages were shelved

6    and then turned left to proceed down another aisle. As PLAINTIFF turned left to proceed down

7    the adjacent aisle, she tripped on an empty pallet that was situated between the two aisles.  The

8    pallet was a few inches off the ground and dark colored as the carpet underneath was.  There was

9    no merchandise on the pallet, and no warning of the danger the pallet present to patrons walking

10   through the PREMISIS.

11        5.     As a direct and proximate result of DEFENDANTS' failure to adequately warn

12   Plaintiff about the pallet, PLAINTIFF tripped on the protruding pallet and fell.  As a result of her

13   fall, PLAINTIFF sustained injuries to her health, strength and activity, and sustained serious

14   personal injuries to her body including a fractured left patella which required surgery and the use

15   of two surgical pins to repair.

16        6.     All of said injuries caused, continue to cause, and, upon information and belief,

17   will continue to cause great mental and physical pain and suffering.

18        7.     PLAINTIFF is informed and believes, and thereon alleges, that said injuries will

19   result in permanent disability, all to her general damages in an as yet unascertained amount

20   which exceeds the minimum jurisdiction of this Court.

21        8.     As a further direct and proximate result of the incident, PLAINTIFF was required

22   to and did employ physicians and other health care providers to examine, treat, and care for her,

23   and did incur medical and incidental expenses in an as yet unascertained amount which exceeds

24   the minimum jurisdiction of this Court.

25        9.     PLAINTIFF is informed and believes, and thereon alleges, that in the future she

26   will be required to and will employ physicians and other healthcare providers to examine, treat,

27

28

                                              2

                                      **COMPLAINT**

1 │ and care for her, and she will incur medical and incidental expenses in an as yet unascertained
2 │ amount which exceeds the minimum jurisdiction of this Court.

3 │      10.    PLAINTIFF is informed and believes, and thereon alleges, that in the future she
4 │ will suffer loss of household services in an as yet unascertained amount which exceeds the
5 │ minimum jurisdiction of this Court.

6 │      11.    As a further direct and proximate result of the incident, PLAINTIFF sustained
7 │ other consequential damage, all to her further special damage in an as yet unascertained amount
8 │ which exceeds the minimum jurisdiction of this Court.

**II.**
**CAUSES OF ACTION**

**FIRST CAUSE OF ACTION - NEGLIGENCE**

     12.    PLAINTIFF restates and incorporates the allegations set forth in Paragraphs 1
through 11 as if fully set forth herein.

     13.    PLAINTIFF as and for a First Cause of Action alleges that DEFENDANTS, and
each of them, ("DEFENDANTS") were negligent in their use and placement of pallets with no
warnings.

     14.    Business owner, DEFENDANTS had a duty of ordinary care to keep the premises
in a reasonably safe condition, or to provide adequate warning of a dangerous condition, in order
to avoid exposing persons to an unreasonable risk of harm.  DEFENDANTS' duty runs to those
risks of harm reasonably foreseeable to patrons and other invitees while on the PREMISES

     15.    As a public invitee, PLAINTIFF had the right to assume that the business owner
has exercised due care and taken proper precautions to ensure the safety of its patrons.

     16.    By leaving pallets empty and in the pathway of patrons, they knowingly created a
tripping hazard as the pallet was well below a customer's line of sight. DEFENDANTS created a
dangerous condition and had a duty to adequately warn its customers.

     17.    DEFENDANTS failed to take reasonable steps to adequately warn of the
dangerous condition.

     18.    The breach of the foregoing duty by DEFENDANTS created a foreseeable risk of
the particular type of harm which occurred to PLAINTIFF, in that a reasonably prudent person

3

**COMPLAINT**

1  would have foreseen that injuries of the same general type would be likely to happen in the

2  absence of adequate warning.

3      19.  As a direct and legal result of the above reference negligent acts or omissions to

4  act on the part of DEFENDANTS, PLAINTIFF suffered damages as set forth more fully above.

5      WHEREFORE, PLAINTIFF prays for judgment as more fully set forth below.

6             **SECOND CAUSE OF ACTION - PREMISES LIABILITY**

7      20.  PLAINTIFF restates and incorporates the allegations set forth in Paragraphs 1

8  through 19 as if fully set forth herein.

9      21.  PLAINTIFF, as and for a Second Cause of Action alleges against

10  DEFENDANTS, and each of them, that at all times herein mentioned, DEFENDANTS designed,

11  constructed, approved, owned, controlled, possessed, modified, managed, and/or maintained the

above-described PREMISES and surrounding area.

12      22.  DEFENDANTS had a duty to control and maintain said PREMISES in a

13  reasonably safe condition.

14      23.  DEFENDANTS breached this duty by negligently designing, constructing,

15  approving, owning, controlling, possession, modifying, managing, controlling, and/or

16  maintaining an existing hazard on the PREMISES in that DEFENDANTS:

17      (a) Designed, created, constructed, approved, and knew or should have known of the

18          unsafe condition of the PREMISES;

19      (b) Failed to take adequate measures to guard against, warn about, or identify the hazard

20          created by the protruding pallet corner;

21      24.  As a direct and proximate result of the breach of said duties of DEFENDANTS,

22  PLAINTIFF suffered severe personal injuries and damages, as set forth more fully above.

23      WHEREFORE, PLAINTIFF prays for judgment as hereinafter set forth.

24             **THIRD CAUSE OF ACTION – NEGLIGENCE PER SE**

25      25.  PLAINTIFF restates and incorporates the allegations set forth in paragraphs 1

26  through 24 above, as though fully set forth herein.

27      26.  As a third cause of action, PLAINTIFF alleges that at all relevant times,

28  DEFENDANTS owed duties, both common law and statutory, to avoid foreseeable damages and

injuries to all persons and to refrain from engaging in tortious acts toward PLAINTIFF.

4

**COMPLAINT**

27.    DEFENDANTS breached these duties by causing to be placed an object which obstructed the use of a portion of the sidewalk for a period of longer than one hour, and for a purpose other than receiving, delivering, or removal of merchandise.

28.    As a direct and proximate result of the breach of said duties of DEFENDANTS, PLAINTIFF suffered severe personal injuries and damages, as set forth more fully above.

WHEREFORE, PLAINTIFF prays for judgment against DEFENDANTS, and each of them, as follows:

1.  For general damages according to proof;

2.  For medical and related expenses according to proof ;

3.  For costs of suit herein incurred; and

4.  For such other and further relief as the court may deem proper.


DATED:  December 30, 2021                        STEELE LAW GROUP



Suzanne Foley
Attorney for Halina Calnan

**COMPLAINT**

# EXHIBIT B

CM-010

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
Geoffey Wm. Steele, Esq. / Suzanne Foley, Esq (SBN 219579 / 213078)
STEELE LAW GROUP
3021 Citrus Circle, Suite 140
Walnut Creek, CA 94598
TELEPHONE NO.: (925) 968-3900     FAX NO.: (925) 891-3905
ATTORNEY FOR *(Name):* Halina Calnan

**FOR COURT USE ONLY**

FILED/ENDORSED
Clerk of the Superior Court

DEC 30 2021

By  D. HERTZ
DEPUTY CLERK

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SOLANO
STREET ADDRESS: 580 Texas Street
MAILING ADDRESS:
CITY AND ZIP CODE: Fairfield, CA 94533
BRANCH NAME:

CASE NAME:
Halina Calnan v. CVS Pharmacy, Inc.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: FCS057633 |
|---|---|---|
| ☑ Unlimited (Amount demanded exceeds $25,000) ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter ☐ Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☑ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☑ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☐ punitive
4. Number of causes of action *(specify):* Three (3)
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: December 30, 2021
Suzanne Foley, Esq.
(TYPE OR PRINT NAME)     (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
*www.courtinfo.ca.gov*

# EXHIBIT C



**SUPERIOR COURT OF CALIFORNIA
COUNTY OF SOLANO**

**CIVIL DIVISION**

☑ <u>OLD SOLANO COURTHOUSE</u>
580 Texas Street
Fairfield, CA 94533
(707) 207-7330

☐ <u>HALL OF JUSTICE</u>
600 Union Avenue
Fairfield, CA 94533
(707) 207-7330

---

Plaintiff(s):   HALINA CALNAN

Defendant(s): CVS PHARMACY, INC., et al

Case No.  FCS057633

**NOTICE OF CASE MANAGEMENT
CONFERENCE ONE
AND
NOTICE OF ASSIGNMENT OF
JUDGE FOR ALL PURPOSES**

---

PURSUANT TO LOCAL RULES AND BY ORDER OF THIS COURT, THIS MATTER HAS BEEN CALENDARED FOR CASE MANAGEMENT CONFERENCE ONE:

Date:  April 12, 2022          Time:   9:00 a.m.

THIS MATTER HAS BEEN ASSIGNED FOR ALL PURPOSES TO:

Judge Alesia F. Jones, Department 22

ALL HEARINGS WILL BE HELD AT:  580 Texas Street, Fairfield, California 94533

---

The obligations of counsel, or any party not represented by an attorney, in regard to Case Management Conference One and any Case Management Conference Two set by the court are as follows:

1.     Service of the complaint must be within sixty (60) calendar days of the date of filing.

2.     Service and filing of any responsive pleadings must be within thirty (30) days after service of the complaint. The time for filing responsive pleadings may not be extended except as authorized by law. Appearance at the Case Management Conference does not excuse a litigant from the requirement of filing and serving a responsive pleading within this deadline.

3.     Plaintiff shall serve a copy of this *Notice of Case Management Conference One and Notice of Assignment of Judge for All Purposes ("Notice of CMC One")* on all defendants with the complaint.

4.     Any party serving a cross-complaint shall serve a copy of this *Notice of CMC One* on each cross-defendant with the cross-complaint.

5.     Any cross-complaint served after Case Management Conference One has been held shall have a *Notice of Case Management Conference Two* served with it.

6.     At least thirty days before the date set for Case Management Conference One, all counsel and self-represented parties shall comply with the meet and confer obligations of California Rules of Court, rule 3.724.

7.     A *Case Management Statement* (Judicial Council form CM-110) shall be filed with the court and served on all parties by each counsel by the 15th calendar day before the date set for Case Management Conference One.

8.     At least one party demanding a jury on each side of a civil case must pay a nonrefundable fee of $150.00 on or before the initial case management conference or as otherwise provided by statute.

---

**NOTICE OF CMC ONE AND NOTICE OF ASSIGNMENT OF JUDGE**

0900-CV  REV. 01-01-2020                                                                                       Page 1 of 2

9.    At Case Management Conference One the court shall inform counsel and self-represented parties of the date, time and place for Case Management Conference Two and shall make any orders regarding what is expected that counsel and self-represented parties will accomplish in regard to the case before the filing of the Case Management Statement for Case Management Conference Two.

10.    Each counsel shall complete, file, and serve on all parties a completed Case Management Statement by the 15th calendar day before the date set for Case Management Conference Two.

11.    At any Case Management Conference, counsel shall be completely aware of all procedural, factual, and legal aspects of the case, and have full authority to discuss and resolve any issues that arise at the conference, including settlement of the case. This applies equally to both attorneys of record and specially-appearing counsel.

12.    The court may impose sanctions pursuant to Solano County Local Rules, rule 4.6, in the event that a Case Management Statement is not timely filed and/or served, or is not fully completed, or the requirements of Rule 4.6 are not met.

COUNSEL AND SELF-REPRESENTED PARTIES ARE OBLIGATED TO REVIEW AND COMPLY WITH LOCAL AND STATEWIDE RULES REGARDING CIVIL LITIGATION. They are available at:
*http://www.courts.ca.gov/rules.htm*
*http://www.solano.courts.ca.gov/LocalRulesofCourt.html*

## AFFIDAVIT OF SERVICE

I, the undersigned, declare under penalty of perjury that I am employed as a deputy clerk of the above-entitled court and not a party to the within-entitled action, and that I served this notice as follows:

☐    I personally served the person named below on (*date*):_____at

   (*time*)_____.

   Name: _____

         ☐ Party      ☐ Attorney of Record        ☐ Representative

   | |
   |---|
   | I,_____, acknowledge receipt of a copy of this *Notice of Case Management Conference One and Notice of Assignment of Judge for All Purposes.* <br><br> Date: _____   _____ <br> Signature |

☑    I caused to be placed a true copy of this notice in an envelope which was then sealed and postage fully prepaid on the date shown below; that I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service; that the above stated document will be deposited in the Superior Court of California, County of Solano's outgoing mailbox for collection by county mail carriers on the date indicated.  Said envelope was addressed to the attorneys for the parties, or the parties, as shown below:

   SUZANNE FOLEY, ESQ.
   STEELE LAW GROUP
   CITRUS PLAZA
   3021 CITRUS CIRCLE, SUITE 140
   WALNUT CREEK, CA 94598

   ☐ See attached for additional service addresses

Date:  1/12/22                    Clerk of the Court
                                 Superior Court of California, County of Solano
                                          **D. HERTZ**
                                 By: _____
                                              Deputy Clerk

# EXHIBIT D

 CT Corporation

**Service of Process Transmittal**
03/11/2022
CT Log Number 541211941

**TO:** Serviceof Process
CVS HEALTH COMPANIES
1 CVS DR MAIL CODE 1160
WOONSOCKET, RI 02895-6146

**RE:** **Process Served in California**

**FOR:** CVS Pharmacy, Inc.  (Domestic State: RI)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | HALINA CALNAN vs. CVS PHARMACY, INC. |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # FCS057633 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, GLENDALE, CA |
| **DATE AND HOUR OF SERVICE:** | By Regular Mail on 03/11/2022 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/11/2022, Expected Purge Date: 03/16/2022 |
| | Image SOP |
| | Email Notification,  Serviceof Process  service_of_process@cvs.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>330 N BRAND BLVD<br>STE 700<br>GLENDALE, CA 91203 |
| | 800-448-5350<br>MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of  1 / SD



## Service of Process

| | |
|---|---|
| **Date:** | Fri, Mar 11, 2022 |
| **Location:** | CA |
| **Job ID:** | 147926-378 |
| **Method of Service:** | Regular Mail |





$1.56
US POSTAGE
FIRST-CLASS
062S0011446283
94521

23



**STEELE LAW GROUP**
CITRUS PLAZA
3021 CITRUS CIRCLE, SUITE 140
WALNUT CREEK, CALIFORNIA, 94598-2635

C T CORPORATION SYSTEM
330 N BRAND BOULEVARD
SUITE 700
GLENDALE   CA   91203

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

CVS PHARMACY, INC., and DOES 1-50, INCLUSIVE

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

HALINA CALNAN

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| The name and address of the court is: *(El nombre y dirección de la corte es):* | **CASE NUMBER:** *(Número del Caso):* **FCS057633** |
|---|---|

Superior Court of California, County of Solano, 580 Texas Street, Fairfield, CA 94533

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Suzanne Foley, STEELE LAW GROUP, 3021 Citris Circle, Suite 140, Walnut Creek, CA 94598, 925-968-3900

| DATE: *(Fecha)* **DEC 30 2021** | Clerk, by *(Secretario)* **D. HERTZ** | , Deputy *(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use Judicial Council of California SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465 www.courts.ca.gov |
|---|---|---|

For your protection and privacy, please press the Clear This Form button after you have printed the form.

[ Print this form ] [ Save this form ] [ Clear this form ]

# EXHIBIT E

**CM-110**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): 219576 | FOR COURT USE ONLY |
|---|---|
| Geoffrey Wm. Steele<br>Steele Law Group, Citrus Plaza, 3021 Citrus Circle, Suite 140<br>Walnut Creek, California, 94598<br>TELEPHONE NO.: 925/968-3900 FAX NO. (Optional): 925/891-3905<br>E-MAIL ADDRESS (Optional): Steele@SteeleLawCA.com<br>ATTORNEY FOR (Name): Plaintiff Halina Calnan | FILED/ENDORSED<br>Clerk of the Superior Court<br><br>MAR 23 2022<br><br>By__A. Amaral__<br>DEPUTY CLERK |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Solano
STREET ADDRESS: 580 Texas St, Fairfield, CA 94533
MAILING ADDRESS: 580 Texas St, Fairfield, CA 94533
CITY AND ZIP CODE: Fairfield, 94533
BRANCH NAME: Old Solano Courthouse

PLAINTIFF/PETITIONER: Halina Calnan

DEFENDANT/RESPONDENT: CVS Pharmacy, Inc.

| CASE MANAGEMENT STATEMENT | CASE NUMBER: |
|---|---|
| (Check one): ☑ UNLIMITED CASE ☐ LIMITED CASE<br>(Amount demanded (Amount demanded is $25,000<br>exceeds $25,000) or less) | FSC057633<br>CS |

A CASE MANAGEMENT CONFERENCE is scheduled as follows:

Date: April 12, 2022   Time: 9:01 a.m.   Dept.: 22   Div.:   Room: 3

Address of court (if different from the address above):

☑ Notice of Intent to Appear by Telephone, by (name): Geoffrey Steele

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** (answer one):
   a. ☑ This statement is submitted by party (name): Halina Calnan
   b. ☐ This statement is submitted **jointly** by parties (names):

2. **Complaint and cross-complaint** (to be answered by plaintiffs and cross-complainants only)
   a. The complaint was filed on (date): December 30, 2021
   b. ☐ The cross-complaint, if any, was filed on (date):

3. **Service** (to be answered by plaintiffs and cross-complainants only)
   a. ☐ All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
   b. ☑ The following parties named in the complaint or cross-complaint
      (1) ☐ have not been served (specify names and explain why not):
      (2) ☑ have been served but have not appeared and have not been dismissed (specify names):
          CVS Pharmacy, Inc. via Notice of Acknowledgment and Receipt still pending
      (3) ☐ have had a default entered against them (specify names):
   c. ☐ The following additional parties may be added (specify names, nature of involvement in case, and date by which they may be served):

4. **Description of case**
   a. Type of case in ☑ complaint ☐ cross-complaint (Describe, including causes of action):
      Negligence, premise liability

Form Adopted for Mandatory Use
Judicial Council of California
CM-110 [Rev. July 1, 2011]

**CASE MANAGEMENT STATEMENT**

Page 1 of 5
Cal. Rules of Court,
rules 3.720–3.730
www.courts.ca.gov

26

CM-110

| PLAINTIFF/PETITIONER: Halina Calnan | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: CVS Pharmacy, Inc. | FSC057633 |

4. b.   Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

CVS Pharmacy left a pallet on the store floor protruding into the aisle but basically invisible to anyone walking through the store. Plaintiff tripped on the pallet and suffered severe personal injuries.

☐   *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5.   **Jury or nonjury trial**
The party or parties request   ☑ a jury trial   ☐ a nonjury trial.   *(If more than one party, provide the name of each party requesting a jury trial):*

6.   **Trial date**
a.   ☐   The trial has been set for *(date):*
b.   ☑   No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*

c.   Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

7.   **Estimated length of trial**
The party or parties estimate that the trial will take *(check one):*
a.   ☑ days *(specify number):* 7
b.   ☐ hours (short causes) *(specify):*

8.   **Trial representation** *(to be answered for each party)*
The party or parties will be represented at trial   ☑ by the attorney or party listed in the caption   ☐ by the following:
a.   Attorney:
b.   Firm:
c.   Address:
d.   Telephone number:                                         f.   Fax number:
e.   E-mail address:                                             g.   Party represented:
☐   Additional representation is described in Attachment 8.

9.   **Preference**
☐   This case is entitled to preference *(specify code section):*

10.   **Alternative dispute resolution (ADR)**
a.   **ADR information package.** Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 for information about the processes available through the court and community programs in this case.
(1) For parties represented by counsel: Counsel ☑ has ☐ has not provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.
(2) For self-represented parties: Party ☐ has ☐ has not reviewed the ADR information package identified in rule 3.221.
b.   **Referral to judicial arbitration or civil action mediation** (if available).
(1) ☐ This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.
(2) ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.
(3) ☐ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. *(specify exemption):*

CM-110 [Rev. July 1, 2011]                         **CASE MANAGEMENT STATEMENT**                         Page 2 of 5

**CM-110**

| PLAINTIFF/PETITIONER: Halina Calnan | CASE NUMBER:<br>FSC057633 |
|---|---|
| DEFENDANT/RESPONDENT: CVS Pharmacy, Inc. | |

10. c. Indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or have already participated in *(check all that apply and provide the specified information):*

| | The party or parties completing this form **are willing** to participate in the following ADR processes *(check all that apply):* | If the party or parties completing this form in the case **have agreed** to participate in or have already completed an ADR process or processes, indicate the status of the processes *(attach a copy of the parties' ADR stipulation):* |
|---|---|---|
| (1) Mediation | ☑ | ☑ Mediation session not yet scheduled<br>☐ Mediation session scheduled for *(date):*<br>☐ Agreed to complete mediation by *(date):*<br>☐ Mediation completed on *(date):* |
| (2) Settlement conference | ☐ | ☐ Settlement conference not yet scheduled<br>☐ Settlement conference scheduled for *(date):*<br>☐ Agreed to complete settlement conference by *(date):*<br>☐ Settlement conference completed on *(date):* |
| (3) Neutral evaluation | ☐ | ☐ Neutral evaluation not yet scheduled<br>☐ Neutral evaluation scheduled for *(date):*<br>☐ Agreed to complete neutral evaluation by *(date):*<br>☐ Neutral evaluation completed on *(date):* |
| (4) Nonbinding judicial arbitration | ☐ | ☐ Judicial arbitration not yet scheduled<br>☐ Judicial arbitration scheduled for *(date):*<br>☐ Agreed to complete judicial arbitration by *(date):*<br>☐ Judicial arbitration completed on *(date):* |
| (5) Binding private arbitration | ☐ | ☐ Private arbitration not yet scheduled<br>☐ Private arbitration scheduled for *(date):*<br>☐ Agreed to complete private arbitration by *(date):*<br>☐ Private arbitration completed on *(date):* |
| (6) Other *(specify):* | ☐ | ☐ ADR session not yet scheduled<br>☐ ADR session scheduled for *(date):*<br>☐ Agreed to complete ADR session by *(date):*<br>☐ ADR completed on *(date):* |

CM-110 [Rev. July 1, 2011]

**CASE MANAGEMENT STATEMENT**

Page 3 of 5

CM-110

| PLAINTIFF/PETITIONER:   Halina Calnan | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:   CVS Pharmacy, Inc. | FSC057633 |

**11. Insurance**
    a. ☐ Insurance carrier, if any, for party filing this statement *(name):*
    b.   Reservation of rights: ☐ Yes ☐ No
    c. ☐ Coverage issues will significantly affect resolution of this case *(explain):*

**12. Jurisdiction**
    Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.
    ☐ Bankruptcy ☐ Other *(specify):*
    Status:

**13. Related cases, consolidation, and coordination**
    a. ☐ There are companion, underlying, or related cases.
        (1) Name of case:
        (2) Name of court:
        (3) Case number:
        (4) Status:
        ☐ Additional cases are described in Attachment 13a.
    b. ☐ A motion to ☐ consolidate ☐ coordinate   will be filed by *(name party):*

**14. Bifurcation**
    ☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*

**15. Other motions**
    ☐ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*

**16. Discovery**
    a. ☐ The party or parties have completed all discovery.
    b. ☑ The following discovery will be completed by the date specified *(describe all anticipated discovery):*

| Party | Description | Date |
|---|---|---|
| Plaintiff | Written Discovery | pending |
| Plaintiff | Party Depositions | 120-180 days |
| Plaintiff | Third Party Depositions | 120-180 days |
| Plaintiff | Expert Witness Depositions | per code |

    c. ☐ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated *(specify):*

CM-110

| PLAINTIFF/PETITIONER: | Halina Calnan | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | CVS Pharmacy, Inc. | FSC057633 |

17. **Economic litigation**

    a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.

    b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

18. **Other issues**

    ☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

19. **Meet and confer**

    a. ☑ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*
        CVS Pharmacy, Inc. was served via Notice of Acknowledgment and Receipt and have not yet responded to the summons and complaint. The time for this filing came before the time for Defendant's response.

    b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*

20. Total number of pages attached *(if any):* _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: March 21, 2022

Geoffrey Wm. Steele
_____
(TYPE OR PRINT NAME)

▶ *[signature]*
_____
(SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)

▶
_____
(SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached.

1

## PROOF OF SERVICE

2

3    I, the undersigned, declare as follows: I am over the age of eighteen, a resident of the State of California and not a party to the within action.  My business address is Citrus Plaza, 3021 Citrus Circle, Suite 140, Walnut Creek, California, 94598-2635.  On March 21, 2022, I

4    caused to be served:

5    **CASE MANAGEMENT STATEMENT**

6    On the following parties:

7

8    CVS Pharmacy, Inc.                          C T Corporation System
     2100 Columbus Parkway                       330 N. Brand Blvd., Suite 700
9    Benicia, California, 94510                  Glendale, California, 91203
     *Defendant in Pro Per*                      *Agent for Service of Process for CVS*
10                                               *Pharmacy, Inc.*

11
     ☒    REGULAR MAIL          By placing a true copy of the above referenced document(s)
12   in envelope(s) addressed as indicated above in the location designated for the collection,
     processing and mailing of mail and in the ordinary business practice for processing such
13   correspondence for mailing.

14
     I declare under penalty of perjury under the laws of the State of California that the above is true
15   and correct. Executed at Walnut Creek, California on March 21, 2022.

16                              *Amrita Steele*
                                 Amrita Steele
17

18

19

20

21

22

23

24

25

26

27

28
                                                                                          1

     **POS – CM STATEMENT**                                **CASE NO.: FCS057633**

# EXHIBIT F

# Docket Report Results

33

## Report Selection Criteria

**Case ID:**            FCS057633
**Docket Start Date:**
**Docket Ending Date:**

## Case Description

**Case ID:**      FCS057633 - CALNAN, HALINA V. CVS PHARMACY, INC. (DMS)
**Filing Date:**  Thursday , December 30th, 2021
**Type:**         PI - Complaint for Personal Injury
**Status:**       OPEN - INITIAL FILING

## Related Cases

*No related cases were found.*

## Case Event Schedule

| Event | Date/Time | Room | Location | Judge |
|-------|-----------|------|----------|-------|
| CASE MANAGEMENT CONF ONE | 12-APR-2022 09:01 AM | DPT 22 CRTRM 3 OLD COURTHOUSE | Fairfield | JONES, ALESIA |

## Case Parties

| Seq # | Assoc | Party End Date | Type | Name |
|-------|-------|----------------|------|------|
| 1 | | | JUDGE | **JONES, ALESIA** |
| **Address:** *unavailable* | | | **Aliases:** *none* | |
| | | | | |
| 2 | 3 | | PLAINTIFF | <u>CALNAN, HALINA</u> |
| **Address:** *unavailable* | | | **Aliases:** *none* | |
| | | | | |
| 3 | 2 | | PLAINTIFF'S ATTORNEY | <u>FOLEY, SUZANNE</u> |
| **Address:** *unavailable* | | | **Aliases:** *none* | |
| | | | | |
| 4 | | | DEFENDANT | <u>CVS PHARMACY, INC.</u> |

| Address: | unavailable | Aliases: | none |
|---|---|---|---|
| | | | |

## Docket Entries

| Filing Date | Description | Name | Monetary |
|---|---|---|---|
| 30-DEC-2021 10:49 AM | CASE COVER SHEET | CALNAN, HALINA | |
| **Entry:** | *none.* | | |
| | | | |
| 30-DEC-2021 10:49 AM | SUMMONS ISSUED | CALNAN, HALINA | |
| **Entry:** | *none.* | | |
| | | | |
| 30-DEC-2021 10:49 AM | UNLIMITED COMPLAINT | CALNAN, HALINA | |
| **Entry:** | *none.* | | |
| | | | |
| 12-JAN-2022 10:49 AM | NOTICE OF CASE MANAGEMENT CONF | | |
| **Entry:** | *none.* | | |
| | | | |
| 12-JAN-2022 11:05 AM | PAYMENT | CALNAN, HALINA | |
| **Entry:** | A Payment of -$435.00 was made on receipt CMFF412106. | | |
| | | | |
| 23-MAR-2022 09:07 AM | CASE MANAGEMENT STATEMENT ONE | CALNAN, HALINA | |
| **Entry:** | AA | | |
| | | | |

Search

▶ New Search          ▶ Report Selection          ▶ Case Description
▶ Related Cases       ▶ Event Schedule           ▶ Case Parties          ▶ Docket Entries

Copyright(c) 2019 Avenu Insights & Analytics, LLC. All rights reserved. Contexte and the accompanying logos are trademarks of Avenu Insights & Analytics, LLC in the United States and/or other countries.
This material contains trade secrets and other confidential information and is subject to a confidentiality agreement. The unauthorized use, reproduction, distribution, display, or disclosure of this material or the information contained herein is prohibited. User Accepts/Agrees to Disclaimer. Not for official use.

file:///S:/Docket%20Report%20Results%20-%20Not%20an%20Official%20Document_file...   4/7/2022

# EXHIBIT G

Derek Davis, Esq. (SBN 243957)
Alan Law, Esq. (SBN 268334)
COOPER & SCULLY, P.C.
505 Sansome Street, Suite 1550
San Francisco, CA  94111
Tel:  (415) 956-9700; Fax: (415) 391-0274
Email: derek.davis@cooperscully.com
Email: alan.law@cooperscully.com

Attorneys for Defendant
LONGS DRUG STORES CALIFORNIA, L.L.C.
Erroneously sued as CVS PHARMACY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALINA CALNAN, | Case No. |
| Plaintiffs, | |
| vs. | **DEFENDANT LONGS DRUG STORES CALIFORNIA, L.L.C.'S ANSWER TO PLAINTIFF'S COMPLAINT** |
| CVS PHARMACY, INC.   AND DOES 1 TO 50, INCLUSIVE | |
| Defendants. | Date Action Filed:  12/30/2021<br>Trial Date:        None Set |

**ANSWER TO COMPLAINT**

COMES NOW Defendant LONGS DRUG STORES CALIFORNIA, L.L.C., erroneously sued as CVS PHARMACY, INC., (hereinafter "Defendant" or "LONGS DRUG STORES") and answers Plaintiff's Complaint and hereby admits, denies and alleges as follows:

1.     Pursuant to Federal Rule of Civil Procedure 8(b) Defendant generally denies each and every allegation contained in Plaintiff's Complaint, except to the extent that specific allegations are expressly admitted or particularly denied as set forth below:

2.     In answer to Plaintiff's Complaint, Defendant admits that LONGS DRUG STORES CALIFORNIA, L.L.C. is a limited liability company organized under the laws of the State of California.  Under 28 U.S.C. § 1332(a), a limited liability company is a citizen of the same state

38

1

1   or states as its owners/members. *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894,

2   899 (9th Cir. 2006).  Here, Longs Drug Stores California L.L.C. has a sole member – Longs

3   Drug Stores, L.L.C – a Maryland limited liability company whose principal place of business

4   and headquarters are in Rhode Island, and whose sole member is CVS Pharmacy, Inc., a Rhode

5   Island corporation.  CVS Pharmacy, Inc. is a citizen of the State of Rhode Island.  Therefore,

6   Longs Drug Stores California L.L.C., is also a citizen of the State of Rhode Island, and not a

7   citizen of the State of California, pursuant to 28 U.S.C. § 1329(a).

8   3.      In answer to the "First Cause of Action" as to "Negligence" contained in Plaintiff's

9   Complaint, Defendant denies that it is liable to Plaintiff for "Negligence."  Defendant is without

10  sufficient knowledge or information to form a belief as to the truth of the allegations contained in

11  said "First Cause of Action" and on that basis Defendant denies each and every allegation

12  contained therein.

13  4.      In answer to the "Second Cause of Action" as to "Premises Liability" contained in

14  Plaintiff's Complaint, Defendant denies that it is liable to Plaintiff for "Premises Liability."

15  Defendant is without sufficient knowledge or information to form a belief as to the truth of the

16  allegations contained in said "Second Cause of Action" and on that basis Defendant denies each

17  and every allegation contained therein.

18  5.      In answer to the "Third Cause of Action" as to "Negligence Per Se" contained in

19  Plaintiff's Complaint, Defendant denies that it is liable to Plaintiff for "Negligence Per Se."

20  Defendant is without sufficient knowledge or information to form a belief as to the truth of the

21  allegations contained in said "Third Cause of Action" and on that basis Defendant denies each

22  and every allegation contained therein.

23  **GENERAL DENIAL**

24  6.      Without assuming any burden of proof and expressly reserving the right to hold Plaintiff

25  to her burden of proof, Defendant asserts the following affirmative defenses in support thereof

26  and alleges as follows:

27  //

28

39

2

Defendant Longs Drug Stores California, L.L.C.'s Answer to Complaint      USDC Eastern

## DEFENDANT'S AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

#### To All Causes of Action – Failure to State a Claim

7.      As a separate and affirmative defense, Defendant alleges that Plaintiff's Complaint and the purported causes of action, and each of them, therein, considered separately or as a whole, fail to state a cause of action upon which relief may be granted against Defendant.

### SECOND AFFIRMATIVE DEFENSE

#### To All Causes of Action – Statute of Limitations

8.      As a separate and affirmative defense, Defendant alleges that Plaintiff's Complaint and each cause of action pled against this Responding Party, is barred by the applicable statutes of limitations.

### THIRD AFFIRMATIVE DEFENSE

#### To All Causes of Action – Assumption of Risk

9.      As a separate and affirmative defense, Defendant alleges that Plaintiff expressly and/or impliedly assumed the risks associated with the use of Defendant's products or services or premises, and any recovery should be reduced or barred in accordance with the doctrines of express or implied assumption of risk.

### FOURTH AFFIRMATIVE DEFENSE

#### To All Causes of Action –

#### Comparative Fault – Plaintiff, Employer(s), Co-Employee(s), and Others

10.     As a separate and affirmative defense, Defendant alleges that Plaintiff's alleged injuries and damages, if any, were proximately caused by the negligence, carelessness, and/or fault of Plaintiff herself and/or others, including firms, persons, corporations, employers, co-employees, or entities other than Defendant, and that such negligence and/or other fault of Plaintiff and/or others comparatively reduces the percentage of any negligence and/or other fault that may be attributed to Defendant.

//

1

### FIFTH AFFIRMATIVE DEFENSE

2

#### To All Causes of Action – Failure to Mitigate Damages

3
11.     As a separate and affirmative defense, Defendant alleges that Plaintiff is barred from

4
recovering some or all of the alleged damages she seeks by his Complaint by virtue of Plaintiff's

5
failure to take reasonable, necessary, appropriate, and/or feasible steps to mitigate his alleged

6
damages.

7

### SIXTH AFFIRMATIVE DEFENSE

8

#### To All Causes of Action – Bad Faith

9
12.     As a separate and affirmative defense, Defendant alleges that Plaintiff has brought this

10
action in bad faith, and accordingly any recovery of Plaintiff should be reduced or barred.

11

### SEVENTH AFFIRMATIVE DEFENSE

12

#### To All Causes of Action – Claims Pre-Empted by Federal Law

13
13.     As a separate and affirmative defense, Defendant alleges that Plaintiff's recovery, if any,

14
should be reduced or barred by reason of the fact that all or some of Plaintiff's claims are pre-

15
empted by any applicable or relevant Federal law.

16

### EIGHTH AFFIRMATIVE DEFENSE

17

#### To All Causes of Action – No Duty to Plaintiff

18
14.     As a separate and affirmative defense, Defendant alleges that Plaintiff's recovery, if any,

19
should be reduced or barred by reason of the fact that Defendant owed no duty to Plaintiff.

20

### NINTH AFFIRMATIVE DEFENSE

21

#### To All Causes of Action – Lack of Notice of Dangerous Condition

22
15.     As a separate and affirmative defense, Defendant alleges that Plaintiff's recovery, if any,

23
should be reduced or barred by reason of the fact that Defendant lacked notice of any dangerous

24
or defective condition of any premises or property that may have caused any injury to Plaintiff.

25
//

26
//

27
//

28

41

Defendant Longs Drug Stores California, L.L.C.'s Answer to Complaint        USDC Eastern

**TENTH AFFIRMATIVE DEFENSE**

**To All Causes of Action –**

**Open and Obvious Danger – Dangerous or Defective Condition of Premises or Property**

**Was Reasonably Apparent**

16.     As a separate and affirmative defense, Defendant alleges that Plaintiff's recovery, if any, should be reduced or barred by reason of the fact that any alleged dangerous or defective condition of Defendant's premises or property was open and obvious and was reasonably apparent to Plaintiff.

**ELEVENTH AFFIRMATIVE DEFENSE**

**To All Causes of Action – Additional Defenses**

17.     Defendant hereby gives notice that it intends to rely upon any additional affirmative defenses which become available or apparent during discovery and thus reserve the right to amend its Answer to assert additional defenses.

**PRAYER**

WHEREFORE this Defendant prays that the Plaintiff takes nothing against it by reason of her Complaint, and

    1.     That the Complaint be dismissed.

    2.     That this Defendant recovers its costs of suit incurred.

    3.     For such other and further relief as the Court may deem just and proper.

Dated:  April 8, 2022 .             COOPER & SCULLY, P.C.


                    By: /s/ Alan Law
                        DEREK DAVIS
                        ALAN LAW

                        Attorneys for LONGS DRUG STORES, L.L.C., erroneously sued as CVS PHARMACY, INC.

42

5

1   CERTIFICATE OF SERVICE

2   I hereby certify that on the   8th day of April, 2022, a true and correct copy this document was

3   served on counsel of record via Eservice as follows:

4   Geoffrey Wm. Steele, Esq.
    Steele Law Group
5   Citrus Plaza, 3021 Citrus Circle; Suite 140
    Walnut Creek, California, 94598-2635
6   Tel: 925-383-3900; Fax: 925-891-3905
    Email: Steele@SteeleLawCA.com

7
    Attorney for Plaintiff
8   HALINA CALNAN

9

10
                                        /s/ Alan Law
11                                      DEREK DAVIS
                                        State Bar Number: 243957
12                                      ALAN LAW
                                        State Bar Number : 268334
13                                      COOPER & SCULLY, P.C.
                                        505 Sansome Street, Suite 1550
14                                      San Francisco, California 94111
                                        Tel: 415-956-9700; Fax: 415-391-0274
15                                      Email: derek.davis@cooperscully.com
                                        Email: alan.law@cooperscully.com
16
                                        Attorneys for Defendant LONGS DRUG STORES
17                                      CALIFORNIA, L.L.C., erroneously sued as CVS
                                        PHARMACY, INC.
18

19

20

21

22

23

24

25

26

27                        43

28
    _____
    Defendant Longs Drug Stores California, L.L.C.'s Answer to Complaint      USDC Eastern

6

PROOF OF SERVICE

*Calnan v. CVS Pharmacy, Inc.., et al.*

I am a citizen of the United States, over the age of 18 years, and not a party to the above-entitled action.  I am employed in the City and County of San Francisco, California, with the law firm of Cooper & Scully, A Professional Corporation ("firm"), located at 505 Sansome Street, Suite 1550, San Francisco, California 94111.  On this date I served the following document(s):

DEFENDANT LONGS DRUG STORES CALIFORNIA, L.L.C.'S ANSWER TO PLAINTIFF'S COMPLAINT

on the party(ies) identified below, in the following manner:

☒      **By First Class Mail.**  I am familiar with the firm's practice for collecting and processing correspondence for mailing with the United States Postal Service.  In the ordinary course of business, correspondence is deposited with the United States Postal Service on the same day such correspondence is collected.  I placed true and correct copies of the document(s) listed above in sealed envelope(s) addressed as shown below and affixed with first-class postage.  I caused such envelope(s) to be collected for mailing in accordance with the firm's ordinary business practice.

> Geoffrey Wm. Steele, Esq.
> Suzanne Foley
> Steele Law Group
> Citrus Plaza, 3021 Citrus Circle; Suite 140
> Walnut Creek, California, 94598-2635
> Tel: 925-383-3900; Fax: 925-891-3905
> Email: Steele@SteeleLawCA.com
>
>
> Attorney for Plaintiff
> HALINA CALNAN

☒      **(Federal)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed April  8  , 2022, at San Francisco, California.

_____
Sally Pincus

7

Defendant Longs Drug Stores California, L.L.C.'s Answer to Complaint      USDC Eastern

# EXHIBIT H

1   Derek Davis (SBN #243957)
    Alan Law (SBN #268334)
2   COOPER & SCULLY, P.C.
    505 Sansome Street, Suite 1550
3   San Francisco, CA  94111
    Tel:  (415) 956-9700
4   Fax: (415) 391-0274
    Email: derek.davis@cooperscully.com
5   Email: alan.law.@cooperscully.com

6   Attorneys for Defendant
    LONGS DRUG STORES CALIFORNIA, L.L.C.,
7   Erroneously sued as CVS PHARMACY, INC.

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9              COUNTY OF SOLANO - UNLIMITED JURISDICTION

10  HALINA CALNAN,                        )   Case No. FCS057633
                                          )
11              Plaintiffs,               )
                                          )
12      vs.                               )   **NOTICE TO ADVERSE PARTY OF**
                                          )   **REMOVAL TO FEDERAL COURT**
13  CVS PHARMACY, INC.  AND DOES 1 TO     )
    50, Inclusive                         )   Date Action Filed 12/30/21
14                                        )   Trial Date:      None Set
                Defendants.               )
15                                        )
                                          )
16  _____)

17  TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

18      PLEASE TAKE NOTICE that on April  8th, 2022 Defendant LONGS DRUG STORES

19  CALIFORNIA, L.L.C., erroneously sued as CVS PHARMACY, INC., filed a Notice of

20  Removal of this action in the United States District Court for the Eastern District of California,

21  Division, Case No.:  .  A true and correct copy of said Defendant's Notice of Removal is

22  attached to this Notice as Exhibit "A" and is incorporated herein by reference.

23      Pursuant to 28 U.S.C. §§ 1441(b),  the filing of this Notice shall perfect the removal of

24  this case and this Honorable Court shall proceed no further in this cause unless and until the case

25  is remanded by order of the United States District Court for the Eastern District of California,

26  Division.

27

28

Notice to Adverse Party of Removal to Federal Court
Solano Superior Court No. FCS057633

1   Dated: April 8  , 2022.                        COOPER & SCULLY, P.C.

2

3

4

5

6                           By_____

7                             DEREK DAVIS

                               ALAN LAW

8                             Attorneys for Defendant LONGS DRUG
STORES CALIFORNIA, L.L.C.
erroneously sued as CVS PHARMACY,
INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Notice to Adverse Party of Removal to Federal Court
Solano Superior Court No. FCS057633

PROOF OF SERVICE

*Halina Calnan vs. CVS Pharmacy, Inc., et al.*
Solano County Superior Court No. FCS057633

I am a citizen of the United States, over the age of 18 years, and not a party to the above-entitled action. I am employed in the City and County of San Francisco, California, with the law firm of Cooper & Scully, A Professional Corporation ("firm"), located at 505 Sansome Street, Suite 1550, San Francisco, California 94111.  On this date I served the following document(s):

NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

on the party(ies) identified below, in the following manner:

☒      **By First Class Mail.**  I am familiar with the firm's practice for collecting and processing correspondence for mailing with the United States Postal Service.  In the ordinary course of business, correspondence is deposited with the United States Postal Service on the same day such correspondence is collected.  I placed true and correct copies of the document(s) listed above in sealed envelope(s) addressed as shown below and affixed with first-class postage.  I caused such envelope(s) to be collected for mailing in accordance with the firm's ordinary business practice.

☒      **By EMAIL OR ELECTRONIC** TRANSMISSION.  I am readily familiar with the firm's practice of email transmission; on this date, I caused the above-referenced document(s) to be transmitted by emailing the persons at the email addresses listed pursuant to California Rules of Court, Emergency Rule 12, which is in effect through 90 days after the Governor declares that the state of emergency related to the COVID-19 pandemic is lifted, or when amended or repealed by the counsel.  No electronic message or other indication that the transmission as unsuccessful was received within a reasonable time after the transmission.

Gregory William Steele
Suzanne Foley
STEELE LAW GROUP
Citrus Plaza
3021 Citrus Circle, Suite 140
Walnut Creek, California 94598-2635
Tel: 925-383-3900; Fax: 925-891-3905
Email:  Steele@SteeleLawCA.com

Attorney for Plaintiff
HALINA CALNAN

☒      **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed April 8  2022, at San Francisco, California.