Derek Davis (SBN #243957)
Alan Law (SBN #268334)
COOPER & SCULLY, P.C.
505 Sansome Street, Suite 1550
San Francisco, CA 94111
Tel: (415) 956-9700
Fax: (415) 391-0274
Email: derek.davis@cooperscully.com
Email: alan.law.@cooperscully.com

Attorneys for Defendant
LONGS DRUG STORES CALIFORNIA, L.L.C.
Erroneously sued as CVS PHARMACY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALINA CALNAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>CVS PHARMACY, INC., AND DOES 1 TO 60,<br><br>    Defendants. | Case No. 2:22-CV-00632-JAM-AC<br><br>DEMAND FOR JURY TRIAL<br><br>Date Action Filed: 12/30/2021 |

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND ALL PARTIES OF RECORD:

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendant LONGS DRUG STORES CALIFORNIA, L.L.C. demands trial by jury in this action of all issues so triable.

Dated: April 8, 2022.     By: _____

DEREK DAVIS (SBN 243957)
ALAN LAW (SBN 268334)
COOPER & SCULLY, P.C.
505 Sansome Street, Suite 1550
San Francisco, California 94111
Tel: 415-956-9700; Fax: 415-391-0274
Email: derek.davis@cooperscully.com
Email: alan.law@cooperscully.com

| | |
|---|---|
| 1 | Attorneys for Defendant LONGS DRUG STORES CALIFORNIA, L.L.C. erroneously sued as CVS PHARMACY, INC. |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of April, 2022, a true and correct copy this document was served on counsel of record via Eservice as follows:

Geoffrey William Steele
Steele Law Group
Citrus Plaza, 3021 Citrus Circle, Suite 140
Walnut Creek, CA 94598—2635
Tel: 924-383-3900; Fax: 925-891-3905
Email: Steele@SteeleLawCA.com

Attorney for Plaintiff
HALINA CALNAN

DEREK DAVIS
State Bar Number: 243957
ALAN LAW
State Bar Number : 268334
COOPER & SCULLY, P.C.
505 Sansome Street, Suite 1550
San Francisco, California 94111
Tel: 415-956-9700; Fax: 415-391-0274
Email: derek.davis@cooperscully.com
Email: alan.law@cooperscully.com
Attorneys for Defendant LONGS DRUG STORES CALIFORNIA, L.L.C. erroneously sued as CVS PHARMACY, INC.

PROOF OF SERVICE

*Halina Calnan vs. Longs Drug Stores California, L.L.C., et al.*

I am a citizen of the United States, over the age of 18 years, and not a party to the above-entitled action. I am employed in the City and County of San Francisco, California, with the law firm of Cooper & Scully, A Professional Corporation ("firm"), located at 505 Sansome Street, Suite 1550, San Francisco, California 94111. On this date I served the following document(s):

DEFENDANTS' DEMAND FOR JURY TRIAL

on the party(ies) identified below, in the following manner:

☒ **By First Class Mail.** I am familiar with the firm's practice for collecting and processing correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence is deposited with the United States Postal Service on the same day such correspondence is collected. I placed true and correct copies of the document(s) listed above in sealed envelope(s) addressed as shown below and affixed with first-class postage. I caused such envelope(s) to be collected for mailing in accordance with the firm's ordinary business practice.

☒ **By EMAIL OR ELECTRONIC** TRANSMISSION. I am readily familiar with the firm's practice of email transmission; on this date, I caused the above-referenced document(s) to be transmitted by emailing the persons at the email addresses listed pursuant to California Rules of Court, Emergency Rule 12, which is in effect through 90 days after the Governor declares that the state of emergency related to the COVID-19 pandemic is lifted, or when amended or repealed by the counsel. No electronic message or other indication that the transmission as unsuccessful was received within a reasonable time after the transmission.

Geoffrey William Steele
Steele Law Group
Citrus Plaza, 3021 Citrus Circle, Suite 140
Walnut Creek, CA 94598—2635
Tel: 924-383-3900; Fax: 925-891-3905
Email: Steele@SteeleLawCA.com

Attorney for Plaintiff
HALINA CALNAN

☒ **(Federal)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed April 8, 2022, at San Francisco, California.

_____
Sally Pincus

4

Defendant's Demand for Jury Trial                USDC Eastern No. 2:22-CV-00632-JAM-AC